IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>DO RAKU, INC.,<br><br>    Defendant. | Case No. 21-cv-08188-CRB<br><br>**JUDGMENT** |

Having granted Defendant's motion to dismiss for lack of jurisdiction, see Order Granting MTD (dkt. 25), the Court hereby enters judgment for Defendant Do Raku, Inc. and against Plaintiff Scott Johnson.

**IT IS SO ORDERED.**

Dated: May 12, 2022

CHARLES R. BREYER
United States District Judge